1  DAVID ROSENFELD, ESQ.
   WEINBERG, ROGER & ROSENFELD
2  1001 MARINA VILLAGE PARKWAY, SUITE 200
   ALAMEDA, CA 94501
3  Tel: (510) 337-1001
   Fax (510) 337-1023
4  Email: drosenfeld@unioncounsel.net
   Attorney for Petitioner
5  TEAMSTERS LOCAL UNION NO. 70

6  JOHN M. SKONBERG, Bar No. 069409
   KRISTIN E. HUTCHINS, Bar No. 184429
7  LITTLER MENDELSON
   A Professional Corporation
8  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
9  Telephone:   415.433.1940
   Facsimile:   415.743-6598
10 E-mail: jskonberg@littler.com
           kehutchins@littler.com
11 Attorneys for Respondent
   PRAXAIR DISTRIBUTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TEAMSTERS LOCAL UNION NO.70, | Case No. 3:06-CV-04249 VRW |
|---|---|
| Petitioner, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| PRAXAIR DISTRIBUTION, INC., | |
| Respondent. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER FOR DISMISSAL         Case No. 3:06-CV-04249 VRW

Respondent, Praxair Distribution, Inc., through its counsel and Petitioner, Teamsters Local Union No. 70, through its counsel, hereby stipulate to a dismissal with prejudice of the above-captioned action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: September 18, 2006

*Kristin E. Hutchins*
JOHN M. SKONBERG
KRISTIN E. HUTCHINS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Respondent
PRAXAIR DISTRIBUTION, INC.

Dated: September 18, 2006

DAVID ROSENFELD, ESQ.
WEINBERG, ROGER & ROSENFELD
Attorney for Petitioner
TEAMSTERS LOCAL UNION NO. 70

IT IS SO ORDERED:

Dated: September ____, 2006

THE HONORABLE VAUGHN R. WALKER
JUDGE OF THE UNITED STATES
DISTRICT COURT

Firmwide:81495633.1 045147.1072

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER FOR DISMISSAL    2.    Case No. 3:06-CV-04249 VRW

1  Respondent, Praxair Distribution, Inc., through its counsel and Petitioner, Teamsters
2  Local Union No. 70, through its counsel, hereby stipulate to a dismissal with prejudice of the above-
3  captioned action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: September 18, 2006

*/s/ Kristin E. Hutchins*
JOHN M. SKONBERG
KRISTIN E. HUTCHINS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Respondent
PRAXAIR DISTRIBUTION, INC.

Dated: September 18, 2006

*/s/ David Rosenfeld*
DAVID ROSENFELD, ESQ.
WEINBERG, ROGER & ROSENFELD
Attorney for Petitioner
TEAMSTERS LOCAL UNION NO. 70

IT IS SO ORDERED:

Dated: September 29, 2006

THE HONORABLE VAUGHN R. WALKER
JUDGE OF THE UNITED STATES
DISTRICT COURT

Firmwide:81495633.1 045147.1072

STIPULATION AND ORDER FOR DISMISSAL.    2.    Case No. 3:06-CV-04249 VRW